# Supreme Court of the United States

**FILED**

**MAY   9 2013**

**DEBORAH S. HUNT, Clerk**

No.        12-322

WHIRLPOOL CORPORATION,

Petitioner

v.

## GINA GLAZER AND TRINA ALLISON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.  The judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Comcast Corp.* v. *Behrend,* 569 U.S. ___ (2013).

**IT IS FURTHER ORDERED** that the petitioner Whirlpool Corporation from Gina Glazer and Trina Allison, Individually and on Behalf of All Others Similarly Situated Three Hundred Dollars ($300.00) for costs herein expended.

April 1, 2013

**Clerk's costs:**        **$300.00**

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States

By: _____